# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-527

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
July 28, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Visit Arrakis - Surf Arrakis |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | April 30, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Gary Hall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gary Hall |
| | 23 Cavendish Road, Crosby, Liverpool, L23 6XB, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Gary Hall |
| **Email:** | garyhalldesigns@hotmail.com |
| **Address:** | 23 Cavendish Road, Crosby |
| | Liverpool L23 6XB United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | GH2025041723 |



# Surf Arrakis

## HOUSE ATREIDES

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-781

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Buffalo Bill's Body Lotion |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | July 14, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Gary Hall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gary Hall |
| | 23 Cavendish Road, Crosby, Liverpool, L23 6XB, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Gary Hall |
| **Email:** | garyhalldesigns@hotmail.com |
| **Address:** | 23 Cavendish Road, Crosby |
| | Liverpool L23 6XB United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | GH2025041704 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-814

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title
| | |
|---|---|
| **Title of Work:** | Seymour's Organic Plant Food |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | September 10, 2015 |
| **Nation of 1st Publication:** | United States |

## Author
| | |
|---|---|
| • **Author:** | Gary Hall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Gary Hall |
| | 23 Cavendish Road, Crosby, Liverpool, L23 6XB, United Kingdom |

---

## Rights and Permissions
| | |
|---|---|
| **Name:** | Gary Hall |
| **Email:** | garyhalldesigns@hotmail.com |
| **Address:** | 23 Cavendish Road, Crosby |
| | Liverpool L23 6XB United Kingdom |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | GH2025041719 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-822

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Krampus Babysitting Services |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | November 03, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Gary Hall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gary Hall |
| | 23 Cavendish Road, Crosby, Liverpool, L23 6XB, United Kingdom |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Gary Hall |
| **Email:** | garyhalldesigns@hotmail.com |
| **Address:** | 23 Cavendish Road, Crosby |
| | Liverpool L23 6XB United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | GH2025041711 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-895**

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Ghost Pirate Grog |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 26, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **•  Author:** | Gary Hall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gary Hall |
| | 23 Cavendish Road, Crosby, Liverpool, L23 6XB, United Kingdom |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Gary Hall |
| **Email:** | garyhalldesigns@hotmail.com |
| **Address:** | 23 Cavendish Road, Crosby |
| | Liverpool L23 6XB United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | GH2025041710 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-893

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Back to the Mall |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | September 04, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ●    **Author:** | Gary Hall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gary Hall |
| | 23 Cavendish Road, Crosby, Liverpool, L23 6XB, United Kingdom |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Gary Hall |
| **Email:** | garyhalldesigns@hotmail.com |
| **Address:** | 23 Cavendish Road, Crosby |
| | Liverpool L23 6XB United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | GH2025041702 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-820

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Only Noodles |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | January 16, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Gary Hall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gary Hall |
| | 23 Cavendish Road, Crosby, Liverpool, L23 6XB, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Gary Hall |
| **Email:** | garyhalldesigns@hotmail.com |
| **Address:** | 23 Cavendish Road, Crosby |
| | Liverpool L23 6XB United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | GH2025041717 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-818

**Effective Date of Registration:**
April 21, 2025

**Registration Decision Date:**
August 08, 2025

## Title
_____

| | |
|---|---|
| **Title of Work:** | Prime's Autoshop |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 26, 2015 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | |
|---|---|
| • **Author:** | Gary Hall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Gary Hall |
| | 23 Cavendish Road, Crosby, Liverpool, L23 6XB, United Kingdom |

## Rights and Permissions
_____

| | |
|---|---|
| **Name:** | Gary Hall |
| **Email:** | garyhalldesigns@hotmail.com |
| **Address:** | 23 Cavendish Road, Crosby |
| | Liverpool L23 6XB United Kingdom |

## Certification
_____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | GH2025041718 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-811

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Social Club Vampires |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | August 03, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Gary Hall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gary Hall |
| | 23 Cavendish Road, Crosby, Liverpool, L23 6XB, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Gary Hall |
| **Email:** | garyhalldesigns@hotmail.com |
| **Address:** | 23 Cavendish Road, Crosby |
| | Liverpool L23 6XB United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | GH2025041720 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-827

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Black Phillip Vintage Cartoon |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | November 17, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Gary Hall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gary Hall |
| | 23 Cavendish Road, Crosby, Liverpool, L23 6XB, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Gary Hall |
| **Email:** | garyhalldesigns@hotmail.com |
| **Address:** | 23 Cavendish Road, Crosby |
| | Liverpool L23 6XB United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | GH2025041703 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-824

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Foolish Mortals |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | September 15, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| •   **Author:** | Gary Hall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Gary Hall |
| | 23 Cavendish Road, Crosby, Liverpool, L23 6XB, United Kingdom |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Gary Hall |
| **Email:** | garyhalldesigns@hotmail.com |
| **Address:** | 23 Cavendish Road, Crosby |
| | Liverpool L23 6XB United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | GH2025041708 |



# THE FOOLISH MORTALS GUIDE

## TO HITCH HIKING

—BY PHINEAS, EZRA & GUS—

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-826

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Buffalo Bill's Custom Leather |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | May 05, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Gary Hall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Gary Hall |
|  | 23 Cavendish Road, Crosby, Liverpool, L23 6XB, United Kingdom |

---

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Gary Hall |
| **Email:** | garyhalldesigns@hotmail.com |
| **Address:** | 23 Cavendish Road, Crosby |
|  | Liverpool L23 6XB United Kingdom |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 21, 2025 |
| **Applicant's Tracking Number:** | GH2025041705 |

